[No. 25341–7–I.   Division One.   August 5, 1991.]

THE CITY OF SEATTLE, *Appellant,* v. ELLEN McQUEEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–06765–8, R. Joseph Wesley, J., entered December 13, 1989. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Pekelis, JJ.

[No. 25102–3–I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE ROBERT ROMERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–01666–1, Arthur E. Piehler, J., entered October 24, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 26322–6–I.   Division One.   August 5, 1991.]

MARTHA STEPHENS, *Appellant,* v. COMMUNITY COLLEGE DISTRICT IX, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–09488–8, George T. Mattson, J., entered May 31, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Baker, J.